1  MICHAEL D. SCHULMAN, ESQ.   (#137249)
   LAW OFFICES OF MICHAEL D. SCHULMAN
2  21800 OXNARD STREET, SUITE 750
   WOODLAND HILLS, CA 91367-7305
3  (818) 999-5553



4

5  Attorneys for Defendant CITIBANK, N.A.

6

7

8           UNITED STATES DISTRICT COURT

9      CENTRAL  DISTRICT OF CALIFORNIA, LOS ANGELES

10

11  CATHERINE NAZARIAN,              )  Case No. **CV13-09463**-PSG
                                     )              (SHx)
12          Plaintiff,               )  NOTICE OF REMOVAL BY DEFENDANT
                                     )  CITIBANK, N.A.
13      v.                           )
                                     )  Pursuant to 28 U.S.C. Section 1441(b)
14  CITIBANK, N.A.,                  )
                                     )  (Federal Question)
15          Defendant.               )
                                     )
16                                   )

17

18      TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF

19  CALIFORNIA:

20      PLEASE TAKE NOTICE THAT, pursuant to Section 1441(b) and Section 1446 of Title

21  28 of the United States Code, defendant Citibank, N.A. ("Citibank") hereby removes the action

22  entitled Catherine Nazarian v. Citibank, N.A., Superior Court of the State of California for the

23  County of Los Angeles, Case No. BC528292 (the "Action"), filed by plaintiff Catherine Nazarian

24  ("Plaintiff"), to the United States District Court for the Central District of California on the

25  following grounds:

26

27

28

                                    -1-
                            _____
                            NOTICE OF REMOVAL

1. On November 25, 2013, Citibank received, by personal service, the Summons and Complaint in the Action. True and correct copies of the Summons and Complaint served on Citibank are attached hereto, collectively, as Exhibit 1, respectively.

2. A true and correct copy of all other pleadings, orders and papers served upon the Bank in this action, to date, are attached hereto as Exhibit 2.

3. Based on the foregoing, Citibank has timely filed this Notice of Removal within thirty days of service of the Complaint. See 28 U.S.C. § 1446(b).

## FEDERAL QUESTION

4. The Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. Section 1331 and is one which may be removed to this Court by Citibank pursuant to the provisions of 28 U.S.C. Section 1441(b) in that Plaintiffs have alleged, among other things, a violation of the Fair Credit Reporting Act, 15 U.S.C. Section 1681, et seq. ("FCRA"), a claim that is created by, and arises under, federal law.

5. Citibank simultaneously is filing a copy of this Notice of Removal with the Superior Court of the State of California for the County of Los Angeles. Citibank will serve Plaintiff with copies of this Notice of Removal and the Notice filed in state court.

DATED: December 24, 2013          LAW OFFICES OF MICHAEL D. SCHULMAN

By _____
   MICHAEL D. SCHULMAN
   Attorneys for Defendant, CITIBANK, N.A.

-2-

# EXHIBIT "1"

NOV-25-2013 17:12 FROM:CITIBANK 773    3103752535    TO:CITI    P.2/25



**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

| | FOR COURT USE ONLY (SOLO PARA USO DE LA CORTE) |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

CITIBANK, N.A.

CONFORMED COPY
ORIGINAL FILED
Superior Court Of California
County Of Los Angeles

NOV 2 1 2013

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

CATHERINE NAZARIAN

Sherri R. Carter, Executive Officer/Clerk
By: Kristina Vargas, Deputy

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: | CASE NUMBER (Número del Caso): |
|---|---|
| *(El nombre y dirección de la corte es):* Los Angeles Superior Court | **BC 5 2 8 2 9 2** |

111 N. Hill Street
Los Angeles, CA 90049

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Catherine Nazarian, 1337 Casiano Road, Los Angeles, CA 90049 (310) 466-3339

| DATE: November 18, 2013 (Fecha) | SHERRI R. CARTER | Clerk, by (Secretario) | Kristina Vargas | , Deputy (Adjunto) |
|---|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

NOV 2 1 2013

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:

3. ☑ on behalf of *(specify)*: CITIBANK, N.A.

  under: ☐ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
  ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
  ☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
  ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 (Rev. July 1, 2009)

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

11/25/2013   6:20PM (GMT-06:00)

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address)<br>Catherine Nazarian<br>1337 Casiano Road<br>Los Angeles, CA 90049<br><br>TELEPHONE NO: (310) 466-3339     FAX NO (Optional):<br>E-MAIL ADDRESS (Optional): cathy.nazarian@yahoo.com<br>ATTORNEY FOR (Name): In Pro Per | FOR COURT USE ONLY |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **LOS ANGELES**
STREET ADDRESS: 111 N. Hill Street
MAILING ADDRESS: 111 N. Hill Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF: CATHERINE NAZARIAN

DEFENDANT: CITIBANK, N.A.

☐ DOES 1 TO

**CONFORMED COPY**
**ORIGINAL FILED**
Superior Court Of California
County Of Los Angeles

**NOV 21 2013**

Sherri R. Carter, Executive Officer/Clerk
By: Kristina Vargas, Deputy

| COMPLAINT—Personal Injury, Property Damage, Wrongful Death |
|---|
| ☐ AMENDED (Number): |

Type (check all that apply):
☐ MOTOR VEHICLE     ☐ OTHER (specify):
   ☐ Property Damage     ☐ Wrongful Death
   ☑ Personal Injury     ☐ Other Damages (specify):

| Jurisdiction (check all that apply):<br>ACTION IS A LIMITED CIVIL CASE<br>Amount demanded ☐ does not exceed $10,000<br>☐ exceeds $10,000, but does not exceed $25,000<br>☑ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>☐ ACTION IS RECLASSIFIED by this amended complaint<br>   ☐ from limited to unlimited<br>   ☐ from unlimited to limited | CASE NUMBER:<br><br>**BC528292** |

1. Plaintiff (name or names): CATHERINE NAZARIAN
   alleges causes of action against defendant (name or names):
   CITIBANK, N.A.

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):
   b. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001 [Rev. January 1 2007]

**COMPLAINT—Personal Injury, Property**
**Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001

| SHORT TITLE: | CASE NUMBER |
|---|---|
| NAZARIAN vs. CITIBANK, N.A. | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. ☐ Motor Vehicle
   b. ☐ General Negligence
   c. ☑ Intentional Tort
   d. ☐ Products Liability
   e. ☐ Premises Liability
   f. ☑ Other *(specify)*:

   > Exemplary Damages.

11. Plaintiff has suffered
   a. ☑ wage loss
   b. ☐ loss of use of property
   c. ☐ hospital and medical expenses
   d. ☑ general damage
   e. ☐ property damage
   f. ☑ loss of earning capacity
   g. ☑ other damage *(specify)*:

   > h. Emotional distress.
   > i. Damage to financial reputation, i.e. credit worthiness.
   > j. Defamation of character.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☑ compensatory damages
      (2) ☑ punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
      (1) ☑ according to proof
      (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: November 18, 2013

Catherine Nazarian
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(3)

| SHORT TITLE: | CASE NUMBER |
| --- | --- |
| NAZARIAN vs. CITIBANK, N.A. | |

FIRST _____ **CAUSE OF ACTION—Intentional Tort**     Page    4
  (number)

ATTACHMENT TO  ☑ Complaint    ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name)*: CATHERINE NAZARIAN

   alleges that defendant *(name)*: CITIBANK, N.A.


   ☐ Does _____ to _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally
caused the damage to plaintiff
on *(date)* November 11, 2013
at *(place)* Los Angeles, California

*(description of reasons for liability)*:

Defendant intentionally, knowingly and in violation of numerous State and federal statutes,
failed to report accurate information to at least three major credit reporting bureaus (Experian,
TransUnion and Equifax) after being prior informed in writing that said information was inaccurate
thereby defaming Plaintiff and causing financial injury to Plaintiff; failed to flag such information as
"disputed" in said major credit reporting bureaus once disputed by Plaintiff pending investigation in
violation of the Fair Credit Reporting Act Section 623 and failed to properly investigate Plaintiff's
dispute as required by law.

Defendant either knows, or should know, all pertinent federal laws under the Fair Debt Collection
Practices Act (15 U.S.C. Section 1692, et seq.) ("FDCPA") and California's parallel Rosenthal Fair
Debt Collection Practices Act (Cal. Civ. Code Sections1788-1788.3), which permits Plaintiff to
recover actual and punitive damages thereunder in cases of grossly negligent or willful violations as
those alleged (Cal. Civ. Code Section 1786.50(b)).

To the extent that Defendant, on information and belief, contends that as an "original creditor" the
FDCPA does not apply to it, Defendant either knows or should know that any creditor who attempts
to collect a consumer debt from a California consumer qualifies as a "debt collector" under
California's debt collection statute – the Rosenthal Act. See Cal. Civ. Code § 1788.2(c) ("debt
collector" includes anyone "who, in the ordinary course of business, regularly, on behalf of himself
or herself or others, engages in debt collection."). The Rosenthal Act not only includes its own set of
requirements regulating debt collection, but also incorporates by reference most of the requirements
of the FDCPA. See Cal. Civ. Code §1788.17. Thus, Defendant in failing to comply with the FDCPA
statues incorporated into the Rosenthal Act, while collecting from Plaintiff, a California resident, is
violating California law.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-001(3) [Rev January 1 2007]

**CAUSE OF ACTION–Intentional Tort**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(6) [Rev January 1 2007]

**Exemplary Damages Attachment**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

# EXHIBIT "2"

NOV-25-2013 17:12 FROM:CITIBANK 773      3103752535      TO:CITI      P.3/25

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

CATHERINE NAZARIAN
1337 Casiano Road
Los Angeles, CA 90049

TELEPHONE NO. (310) 466-3339      FAX NO.
ATTORNEY FOR *(Name)* In Pro Per

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **LOS ANGELES**
STREET ADDRESS 111 N. Hill Street
MAILING ADDRESS 111 N. Hill Street
CITY AND ZIP CODE Los Angeles, CA 90012
BRANCH NAME Stanley Mosk Courthouse

**FOR COURT USE ONLY**

CONFORMED COPY
ORIGINAL FILED
Superior Court Of California
County Of Los Angeles

NOV 21 2013

Sherri R. Carter, Executive Officer/Clerk
By: Kristina Vargas, Deputy

CASE NAME
NAZARIAN vs. CITIBANK, N.A.

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER |
|---|---|---|---|
| ☑ Unlimited (Amount demanded exceeds $25,000) | ☐ Limited (Amount demanded is $25,000 or less) | ☐ Counter  ☐ Joinder  Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | BC528292  JUDGE:  DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☑ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☑ monetary  b. ☐ nonmonetary; declaratory or injunctive relief  c. ☑ punitive
4. Number of causes of action *(specify):* One
5. This case ☐ is ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: November 18, 2013
Catherine Nazarian
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std 3.10
www.courtinfo.ca.gov

NOV-25-2013 17:12 FROM:CITIBANK 773          3103752535          TO:CITI          P.4/25

| SHORT TITLE NAZARIAN vs. CITIBANK, N.A. | CASE NUMBER BC528292 |

## CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION
### (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

**This form is required pursuant to Local Rule 2.0 in all new civil case filings in the Los Angeles Superior Court.**

**Item I.** Check the types of hearing and fill in the estimated length of hearing expected for this case:

JURY TRIAL? ☑ YES   CLASS ACTION? ☐ YES  LIMITED CASE? ☐ YES  TIME ESTIMATED FOR TRIAL 1   ☐ HOURS/ ☑ DAYS

**Item II. Indicate** the correct district and courthouse location (4 steps – if you checked 'Limited Case', skip to Item III, Pg. 4):

**Step 1:** After first completing the Civil Case Cover Sheet form, find the main Civil Case Cover Sheet heading for your case in the left margin below, and, to the right in Column **A**, the Civil Case Cover Sheet case type you selected.

**Step 2:** Check **one** Superior Court type of action in Column **B** below which best describes the nature of this case.

**Step 3:** In Column **C**, circle the reason for the court location choice that applies to the type of action you have checked. For any exception to the court location, see Local Rule 2.0.

| Applicable Reasons for Choosing Courthouse Location (see Column C below) |

1. Class actions must be filed in the Stanley Mosk Courthouse, central district.
2. May be filed in central (other county, or no bodily injury/property damage).
3. Location where cause of action arose.
4. Location where bodily injury, death or damage occurred.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.
7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office

**Step 4:** Fill in the information requested on page 4 in Item III; complete Item IV. Sign the declaration.

| | A Civil Case Cover Sheet Category No. | B Type of Action (Check only one) | C Applicable Reasons - See Step 3 Above |
|---|---|---|---|
| Auto Tort | Auto (22) | ☐ A7100 Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1., 2., 4 |
| | Uninsured Motorist (46) | ☐ A7110 Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1., 2., 4. |
| Other Personal Injury/ Property Damage/ Wrongful Death Tort | Asbestos (04) | ☐ A6070 Asbestos Property Damage | 2. |
| | | ☐ A7221 Asbestos - Personal Injury/Wrongful Death | 2. |
| | Product Liability (24) | ☐ A7260 Product Liability (not asbestos or toxic/environmental) | 1., 2., 3., 4., 8. |
| | Medical Malpractice (45) | ☐ A7210 Medical Malpractice - Physicians & Surgeons | 1., 4. |
| | | ☐ A7240 Other Professional Health Care Malpractice | 1., 4. |
| | Other Personal Injury Property Damage Wrongful Death (23) | ☐ A7250 Premises Liability (e.g., slip and fall) | 1., 4. |
| | | ☐ A7230 Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.) | 1., 4. |
| | | ☐ A7270 Intentional Infliction of Emotional Distress | 1., 3. |
| | | ☑ A7220 Other Personal Injury/Property Damage/Wrongful Death | 1., 4. |

| LACIV 109 (Rev. 03/11) LASC Approved 03-04 | CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION | Local Rule 2.0 Page 1 of 4 |

11/25/2013  6:20PM (GMT-06:00)

NOV-25-2013 17:13 FROM:CITIBANK 773    3103752535    TO:CITI    P.5/25

| SHORT TITLE | CASE NUMBER |
|---|---|
| NAZARIAN vs. CITIBANK, N.A. | |

| A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|
| **Non-Personal Injury/Property Damage/Wrongful Death Tort** | | |
| Business Tort (07) | ☐ A6029  Other Commercial/Business Tort (not fraud/breach of contract) | 1., 3. |
| Civil Rights (08) | ☐ A6005  Civil Rights/Discrimination | 1., 2., 3. |
| Defamation (13) | ☐ A6010  Defamation (slander/libel) | 1., 2., 3. |
| Fraud (16) | ☐ A6013  Fraud (no contract) | 1., 2., 3 |
| Professional Negligence (25) | ☐ A6017  Legal Malpractice | 1., 2., 3. |
| | ☐ A6050  Other Professional Malpractice (not medical or legal) | 1., 2., 3. |
| Other (35) | ☐ A6025  Other Non-Personal Injury/Property Damage tort | 2., 3. |
| **Employment** | | |
| Wrongful Termination (36) | ☐ A6037  Wrongful Termination | 1., 2., 3. |
| Other Employment (15) | ☐ A6024  Other Employment Complaint Case | 1., 2., 3 |
| | ☐ A6109  Labor Commissioner Appeals | 10. |
| **Contract** | | |
| Breach of Contract/ Warranty (06)<br>(not insurance) | ☐ A6004  Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction) | 2., 5. |
| | ☐ A6008  Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2., 5. |
| | ☐ A6019  Negligent Breach of Contract/Warranty (no fraud) | 1., 2., 5. |
| | ☐ A6028  Other Breach of Contract/Warranty (not fraud or negligence) | 1., 2., 5 |
| Collections (09) | ☐ A6002  Collections Case-Seller Plaintiff | 2., 5., 6. |
| | ☐ A6012  Other Promissory Note/Collections Case | 2., 5. |
| Insurance Coverage (18) | ☐ A6015  Insurance Coverage (not complex) | 1., 2., 5., 8. |
| Other Contract (37) | ☐ A6009  Contractual Fraud | 1., 2., 3., 5. |
| | ☐ A6031  Tortious Interference | 1., 2., 3., 5. |
| | ☐ A6027  Other Contract Dispute(not breach/insurance/fraud/negligence) | 1., 2., 3., 8. |
| **Real Property** | | |
| Eminent Domain/Inverse Condemnation (14) | ☐ A7300  Eminent Domain/Condemnation          Number of parcels_____ | 2. |
| Wrongful Eviction (33) | ☐ A6023  Wrongful Eviction Case | 2., 6. |
| Other Real Property (26) | ☐ A6018  Mortgage Foreclosure | 2., 6 |
| | ☐ A6032  Quiet Title | 2., 6. |
| | ☐ A6060  Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2., 6. |
| **Unlawful Detainer** | | |
| Unlawful Detainer-Commercial (31) | ☐ A6021  Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 2., 6. |
| Unlawful Detainer-Residential (32) | ☐ A6020  Unlawful Detainer-Residential (not drugs or wrongful eviction) | 2., 6. |
| Unlawful Detainer-Post-Foreclosure (34) | ☐ A6020F Unlawful Detainer-Post-Foreclosure | 2., 6. |
| Unlawful Detainer-Drugs (38) | ☐ A6022  Unlawful Detainer-Drugs | 2., 6. |

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.0
Page 2 of 4

11/25/2013  6:20PM (GMT-06:00)

| SHORT TITLE | CASE NUMBER |
|---|---|
| NAZARIAN vs. CITIBANK, N.A. | |

| | **A**<br>Civil Case Cover Sheet<br>Category No. | **B**<br>Type of Action<br>(Check only one) | **C**<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| **Judicial Review** | Asset Forfeiture (05) | ☐ A6108 Asset Forfeiture Case | 2, 6 |
| | Petition re Arbitration (11) | ☐ A6115 Petition to Compel/Confirm/Vacate Arbitration | 2, 5 |
| | Writ of Mandate (02) | ☐ A6151 Writ - Administrative Mandamus | 2, 8. |
| | | ☐ A6152 Writ - Mandamus on Limited Court Case Matter | 2. |
| | | ☐ A6153 Writ - Other Limited Court Case Review | 2. |
| | Other Judicial Review (39) | ☐ A6150 Other Writ /Judicial Review | 2., 8. |
| **Provisionally Complex Litigation** | Antitrust/Trade Regulation (03) | ☐ A6003 Antitrust/Trade Regulation | 1, 2, 8. |
| | Construction Defect (10) | ☐ A6007 Construction Defect | 1., 2, 3. |
| | Claims Involving Mass Tort (40) | ☐ A6006 Claims Involving Mass Tort | 1., 2, 8. |
| | Securities Litigation (28) | ☐ A6035 Securities Litigation Case | 1., 2., 8. |
| | Toxic Tort Environmental (30) | ☐ A6036 Toxic Tort/Environmental | 1., 2., 3., 8. |
| | Insurance Coverage Claims from Complex Case (41) | ☐ A6014 Insurance Coverage/Subrogation (complex case only) | 1, 2, 5, 8. |
| **Enforcement of Judgment** | Enforcement of Judgment (20) | ☐ A6141 Sister State Judgment | 2, 9. |
| | | ☐ A6160 Abstract of Judgment | 2., 6. |
| | | ☐ A6107 Confession of Judgment (non-domestic relations) | 2., 9 |
| | | ☐ A6140 Administrative Agency Award (not unpaid taxes) | 2., 8. |
| | | ☐ A6114 Petition/Certificate for Entry of Judgment on Unpaid Tax | 2., 8. |
| | | ☐ A6112 Other Enforcement of Judgment Case | 2., 8, 9. |
| **Miscellaneous Civil Complaints** | RICO (27) | ☐ A6033 Racketeering (RICO) Case | 1., 2., 8. |
| | Other Complaints (Not Specified Above) (42) | ☐ A6030 Declaratory Relief Only | 1., 2., 8. |
| | | ☐ A6040 Injunctive Relief Only (not domestic/harassment) | 2., 8. |
| | | ☐ A6011 Other Commercial Complaint Case (non-tort/non-complex) | 1., 2., 8. |
| | | ☐ A6000 Other Civil Complaint (non-tort/non-complex) | 1., 2., 8. |
| **Miscellaneous Civil Petitions** | Partnership Corporation Governance (21) | ☐ A6113 Partnership and Corporate Governance Case | 2., 8. |
| | Other Petitions (Not Specified Above) (43) | ☐ A6121 Civil Harassment | 2, 3., 9. |
| | | ☐ A6123 Workplace Harassment | 2, 3., 9. |
| | | ☐ A6124 Elder/Dependent Adult Abuse Case | 2, 3., 9 |
| | | ☐ A6190 Election Contest | 2. |
| | | ☐ A6110 Petition for Change of Name | 2., 7 |
| | | ☐ A6170 Petition for Relief from Late Claim Law | 2., 3., 4., 8 |
| | | ☐ A6100 Other Civil Petition | 2., 9. |

LACIV 109 (Rev. 03/11)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM**
**AND STATEMENT OF LOCATION**

Local Rule 2.0
Page 3 of 4

11/25/2013   6:20PM (GMT-06:00)

| SHORT TITLE NAZARIAN vs. CITIBANK, N.A. | CASE NUMBER |
|---|---|

Item III. Statement of Location: Enter the address of the accident, party's residence or place of business, performance, or other circumstance indicated in Item II., **Step 3** on Page 1, as the proper reason for filing in the court location you selected.

| REASON: Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected for this case. | ADDRESS 1337 Casiano Road Los Angeles, CA 90049 |
|---|---|
| ☑1. ☐2. ☐3. ☑4. ☐5. ☐6. ☐7. ☐8. ☐9. ☐10. | |

| CITY | STATE | ZIP CODE |
|---|---|---|
| LOS ANGELES | CA | 90049 |

Item IV. *Declaration of Assignment:* I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that the above-entitled matter is properly filed for assignment to the Stanley Mosk _____ courthouse in the Central _____ District of the Superior Court of California, County of Los Angeles [Code Civ. Proc., § 392 et seq., and Local Rule 2.0, subds. (b), (c) and (d)].

Dated: November 18, 2013 _____

_____
(SIGNATURE OF ATTORNEY/FILING PARTY)

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.

2. If filing a Complaint, a completed Summons form for issuance by the Clerk.

3. Civil Case Cover Sheet, Judicial Council form CM-010.

4. Civil Case Cover Sheet Addendum and Statement of Location form, LACIV 109, LASC Approved 03-04 (Rev. 03/11).

5. Payment in full of the filing fee, unless fees have been waived.

6. A signed order appointing the Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court in order to issue a summons.

7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

LACIV 109 (Rev. 03/11)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION**

Local Rule 2.0
Page 4 of 4

11/25/2013   6:20PM (GMT-06:00)

NOV-25-2013 17:15 FROM:CITIBANK 773          3103752535          TO:CITI          P.11/25

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## NOTICE OF CASE ASSIGNMENT - UNLIMITED CIVIL PERSONAL INJURY CASE
### Case Number _____

**THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT**    **BC 5 2 8 2 9 2**

Your case is assigned for all purposes to the judicial officer indicated below (Local Rule 3.3(c)).

| ASSIGNED JUDGE | DEPT | ROOM | ASSIGNED JUDGE | DEPT | ROOM |
|---|---|---|---|---|---|
| Hon. Rafael Ongkeko | 91 | 635 | | | |
| Hon. Amy D Hogue | 92 | 633 | | | |
| Hon. Samantha P. Jessner | 93 | 631 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Given to the Plaintiff/Cross-Complainant/Attorney of Record on _____ NOV 2 1 2013 _____    SHERRI R. CARTER, Executive Officer/Clerk

LACIV PI 190 (Rev09/13)
LASC Approved 05-06
For Optical Use

By _Kristina Vargas_____, Deputy Clerk

## NOTICE OF CASE ASSIGNMENT –
## UNLIMITED CIVIL CASE

11/25/2013  6:20PM (GMT-06:00)

NOV-25-2013 17:15 FROM:CITIBANK 773          3103752535          TO:CITI          P.12/25

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

**JUL 15 2013**

John A. Clarke, Executive Officer/Clerk
By_____, Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| In re Personal Injury Cases Assigned to the Personal Injury Courts (Departments 91, 92 and 93) | ) Case No.:<br>)<br>) AMENDED GENERAL ORDER RE<br>) PERSONAL INJURY COURT ("PI Court")<br>) PROCEDURES (Effective as of July 10,<br>) 2013) |

**DEPARTMENT:**     91     92     93

**FINAL STATUS CONFERENCE ("FSC"):**

- **Date:** _____ at 10:00 a.m.

**TRIAL:**     FSC: 0 5 / 0 7 / 2015 TRIAL: 0 5 / 2 1/ 2015 OSC: 1 1 / 2 1/ 2016

- **Date:** _____ at 8:30 a.m.

**OSC re DISMISSAL (Code Civ. Proc., § 583.210):**

- **Date:** _____ at 8:30 a.m.

TO EACH PARTY AND TO THE ATTORNEY OF RECORD FOR EACH PARTY:

Pursuant to the California Code of Civil Procedure ("C.C.P."), the California

Rules of Court, and the Los Angeles County Court Rules ("Local Rules"), the Los

Angeles Superior Court ("LASC" or "Court") HEREBY AMENDS AND

SUPERSEDES ITS March 12, 2013 GENERAL ORDER AND GENERALLY

1

7/12/13

11/25/2013  6:20PM (GMT-06:00)

· (Page 13· of 25 · This print header can be changed using the PrintHeader HTML tag — see the VIEWORM html manual for details

NOV-25-2013 17:15 FROM:CITIBANK 773          3103752535          TO:CITI          P.13/25

Case 2:13-cv-09463-PSG-SH   Document 1   Filed 12/24/13   Page 16 of 33   Page ID #:36

1  **ORDERS AS FOLLOWS IN THIS AND ALL OTHER GENERAL JURISDICTION**
2  **PERSONAL INJURY ACTIONS:**

3      Effective March 18, 2013, the Court responded to systemic budget reductions by
4
   centralizing the management of more than 18,000 general jurisdiction personal injury cases
5
   in the Stanley Mosk Courthouse.  LASC opened three Personal Injury Courts ("PI Courts")
6
7  (Departments 91, 92 and 93) to adjudicate all pretrial matters for these cases.  It also
8  established a Master Calendar Court (Department One), to manage the assignment of trials to
9  31 dedicated Trial Courts located countywide.  This Amended General Order lays out the
10 basic procedures for the PI Courts' management of pretrial matters.  The parties will find
11 additional information about the PI Courts on the court's website, *www.lasuperiorcourt.org.*
12 1.     To ensure proper assignment to a PI Court, Plaintiff(s) must carefully fill out the Civil
13 Case Cover Sheet Addendum (form LACIV 109).  The Court defines "personal injury" as:
14
15          "an unlimited civil case described on the Civil Case Cover Sheet Addendum and
16          Statement of Location (LACIV 109) as Motor Vehicle-Personal Injury/Property
17          Damage/Wrongful Death; Personal Injury/Property Damage/Wrongful Death-
18          Uninsured Motorist; Product Liability (other than asbestos or
19          toxic/environmental); Medical Malpractice-Physicians & Surgeons; Other
20          Professional Health Care Malpractice; Premises Liability; Intentional Bodily
21          Injury/Property Damage/Wrongful Death; or Other Personal Injury/Property
22          Damage/Wrongful Death. An action for intentional infliction of emotional
23          distress, defamation, civil rights/discrimination, or malpractice (other than
24          medical malpractice), is not included in this definition. An action for injury to
25          real property is not included in this definition."   Local Rule 2.3(a)(1)(A).
26
27

2

7/12/13

The Court will assign a case to the PI Courts if plaintiff(s) check any of the following

boxes in the Civil Case Cover Sheet Addendum:

    A7100 Motor Vehicle – Personal Injury/Property Damage/Wrongful

    Death

    A7110 Personal Injury/Property Damage/Wrongful Death – Uninsured

    Motorist

    A7260 Product Liability (not asbestos or toxic/environmental)

    A7210 Medical Malpractice – Physicians & Surgeons

    A7240 Medical Malpractice – Other Professional Health Care Malpractice

    A7250 Premises Liability (e.g., slip and fall)

    A7230 Intentional Bodily Injury/Property Damage/Wrongful Death (e.g.,

    assault, vandalism etc.)

    A7220 Other Personal Injury/Property Damage/Wrongful Death

The Court will not assign cases to the PI Courts if plaintiff(s) check any boxes

elsewhere in the Civil Case Cover Sheet Addendum (any boxes on pages two and

three of that form).

2.    The Court sets the above dates in this action in the PI Court circled above

(Department 91, 92 or 93) at the Stanley Mosk Courthouse, 111 North Hill Street, Los

Angeles, CA 90012, Cal. Rules of Court, Rules 3.714(b)(3), 3.729.

**SERVICE OF SUMMONS AND COMPLAINT**

3.    Plaintiff(s) shall serve the summons and complaint in this action upon defendant(s)

within three years of the date when the complaint is filed. C. C. P. § 583.210, subd. (a). On

the OSC re Dismissal date noted above, the PI Court will dismiss the action and/or all

3

7/12/13

1   unserved parties unless the plaintiff(s) show cause why the action or the unserved parties

2   should not be dismissed. C.C.P. §§ 583.250; 581, subd. (b)(4).

3   4.      The Court sets the above trial and FSC dates on condition that plaintiff(s) effectuate

4   service on defendant(s) of the summons and complaint within six months of filing the

5   complaint. Upon a showing that the plaintiff(s) failed to effect service within six months, the

6   PI Court will vacate the trial and FSC date noted above.

7

8   **STIPULATIONS TO CONTINUE TRIAL**

9   5.      Provided that all parties agree (and there is no violation of the "five-year rule," C.C.P.

10  § 583.310), the parties may advance or continue any trial date in the PI Courts without

11  showing good cause or articulating any reason or justification for the change. To continue or

12  advance a trial date, the parties (or their counsel of record) should jointly execute and file (in

13  Room 102 of the Stanley Mosk Courthouse; fee required) a Stipulation to Continue Trial,

14  FSC and Related Motion/Discovery Dates (form available on the court's website, Personal

15  Injury Court link). The PI Courts schedule FSCs for 10:00 a.m., eight (8) court days before

16  the trial date. Parties seeking to continue the trial and FSC dates shall file the Stipulation at

17  least eight court days before the FSC date. Parties seeking to advance the trial and FSC

18  dates shall file the Stipulation at least eight court days before the proposed advanced FSC

19

20  date. Code Civ. Proc., § 595.2; Govt. Code § 70617, subd. (c)(2).

21  **NO CASE MANAGEMENT CONFERENCES**

22  6.      The PI Courts do not conduct Case Management Conferences. The parties need not

23  file a Case Management Statement.

24  **LAW AND MOTION**

25

26  **Chambers Copies Required**

27

4

7.    In addition to filing original motion papers in Room 102 of the Stanley Mosk Courthouse, the parties must deliver, directly to the PI Court courtrooms, an extra copy (marked "Chambers Copy") of reply briefs and all other motion papers filed less than seven (7) court days before a hearing calendared in the PI Courts. The PI Courts also strongly encourage the parties filing and opposing lengthy motions, such as motions for summary judgment/adjudication, to submit one or more three-ring binders organizing the Chambers Copies behind tabs.

**Reservation of Hearing Date**

8.    Parties are directed to reserve hearing dates for motions in the PI Courts using the Court Reservation System available online at *www.lasuperiorcourt.org* (link on homepage). Parties or counsel who are unable to utilize the online Court Reservation System may reserve a motion hearing date by telephoning the PI Court courtroom, Monday through Friday, between 3:00 p.m. and 4:00 p.m.

**Withdrawal of Motion**

9.    California Rules of Court, Rule 3.1304(b) requires a moving party to notify the court immediately if a matter will not be heard on the scheduled date. In keeping with that rule, the PI Courts urge parties who amend pleadings in response to demurrers to file amended pleadings before the date when opposition to the demurrer is due so that the PI Courts do not needlessly prepare tentative rulings on demurrers.

**Discovery Motions**

10.    Informal Discovery Conferences ("IDCs"). On a daily basis, the PI Court judges are available to conduct 30-minute, in-person IDCs with lead trial counsel on each side (or another attorney who has full authority to make binding agreements in discovery disputes).

5    7/12/13

(Page 17 of 25. This print header can be changed using the printHeader html tag. See the viewONE html manual for further information)

Case 2:13-cv-09463-PSG-SH Document 1 Filed 12/24/13 Page 20 of 33 Page ID #:40

NOV-25-2013 17:16 FROM:CITIBANK 773        3103752535        TO:CITI        P.17/25

1   The PI Court judges will not make rulings in an IDC. The purpose of the IDC is to help the

2   parties resolve discovery disputes by agreement rather than by motion practice. To that end,

3   an IDC judge may refer the parties to applicable code sections or other legal authorities. The

4   IDC judge may also promote compromise by suggesting agreements to narrow the scope of

5   the requests, to provide amended responses that better explain the responding party's

6   compliance, or to use an alternative, more efficient means of discovery. The PI Court judges

7   find that, in nearly every case, the parties amicably resolve their discovery disputes at, or as a

8   result of, the IDCs.

9   

10  11.    Scheduling IDCs.    Parties should reserve (and, if necessary, promptly cancel)

11  appointments for IDCs via email to *PISMC@lasuperiorcourt.org*. Parties should schedule an

12  IDC as soon as a discovery dispute arises, and before any party files a discovery motion. The

13  PI Court judges expect the parties to make every effort to resolve discovery disputes by

14  conferring in person or on the telephone before the PI Court judge invests time in the IDC.

15  Scheduling or participating in an IDC does not extend any deadlines imposed by the Code of

16  Civil Procedure for noticing and filing motions to compel or motions to compel further

17  discovery. In order to avoid unnecessary *ex parte* applications, the PI Courts recommend

18  that the parties extend deadlines for filing discovery motions and for serving discovery

19  responses pending their participation in the IDC.

20  

21  12.    Motions to Compel Further Responses. The PI Courts will not hear motions to

22  compel further discovery unless and until (a) the parties participate in an IDC; or (b) the

23  moving party submits evidence, by way of declaration, that the opposing party has failed or

24  refused to participate in an IDC. To allow time for an IDC at least 16 court days before the

25  motion hearing, parties must reserve a hearing on any motion to compel further discovery at

26  

27

1   10:00 a.m. on a date at least 60 days after the date when the reservation is made. Parties

2   must reserve an IDC with the same judge who is scheduled to hear any discovery motion

3   involving the same discovery. Likewise, a party who participates in an IDC regarding certain

4   discovery requests, and then files a motion to compel further responses to the same discovery

5   requests, must calendar the motion for a hearing before the same judge who conducted the

6   IDC. After participating in an IDC, a moving party may advance the hearing on a motion to

7   compel further discovery to 10:00 a.m. on any available hearing date that complies with the

8

9   notice requirements of the Code of Civil Procedure. The PI Courts may consider a party's

10  failure or refusal to participate in an IDC as a factor in deciding whether or not to award

11  sanctions on a motion to compel further discovery.

12  **Ex Parte Applications**

13  13.     Under the California Rules of Court, courts may only grant *ex parte* relief upon a

14  showing, by admissible evidence, that the moving party will suffer "irreparable harm,"

15  "immediate danger," or where the moving party identifies "a statutory basis for granting

16

17  relief ex parte." Cal. Rules of Court, Rule 3.1202(c). With over 6,000 cases in each docket,

18  the three PI Courts have no capacity to hear multiple *ex parte* applications or to shorten time

19  to add hearings to their fully booked motion calendars. The PI Courts do not regard the

20  Court's unavailability for timely motion hearings as an "immediate danger" or threat of

21  "irreparable harm" justifying *ex parte* relief. Instead of seeking *ex parte* relief, counsel

22  should reserve the earliest available motion hearing date, and stipulate with all parties to

23  continue the trial to a date thereafter using the Stipulation to Continue Trial, FSC and Related

24  Motion/Discovery Dates (form available on the court's website, PI Court Tab). Counsel

25

26

27

7

7/12/13

should also check the Court Reservation System from time to time because earlier hearing dates may become available as cases settle or counsel otherwise take hearings off calendar.

**REQUEST FOR TRANSFER TO INDEPENDENT CALENDAR DEPARTMENT**

14.   Parties seeking to transfer a case from a PI Court to an Independent Calendar ("I/C") Court shall file (in Room 102 of the Stanley Mosk Courthouse) and serve the Court's "Motion to Transfer Complicated Personal Injury Case to Independent Calendar Court" (form available on the Court's website, PI Courts link).   The PI Courts will transfer a matter to an I/C Court if the case is not a "Personal Injury" case as defined in the General Order re General Jurisdiction PI Cases, or if it is "complicated."  In determining whether a personal injury case is too "complicated" for the PI Courts to manage, the PI Courts will consider, among other things, whether the case will involve numerous parties, cross-complaints, witnesses (including expert witnesses), and/or pretrial hearings.

15.   Parties opposing a motion to transfer have five days to file (in Room 102) an Opposition (using the same Motion to Transfer form).

16.   The PI Courts will not conduct a hearing on any Motion to Transfer to I/C Court. Although the parties may stipulate to transfer a case to an Independent Calendar Department, the PI Courts will make an independent determination whether to transfer the case or not.

**GENERAL ORDER – FINAL STATUS CONFERENCE**

17.   Parties shall comply with the requirements of the PI Courts' "Amended General Order – Final Status Conference," which shall be served with the summons and complaint.

**JURY FEES**

18.   Parties must pay jury fees no later than 365 calendar days after the filing of the initial complaint. (Code Civ. Proc., § 631, subds. (b) and (c).)

8

7\\2\\3

**JURY TRIALS**

19.     The PI Courts do not conduct jury trials. On the trial date, a PI Court will transfer the case to the Master Calendar Court in Department One in the Stanley Mosk Courthouse. Department One assigns the case out for trial to one of 31 dedicated Trial Courts located in the Stanley Mosk, Chatsworth, Van Nuys, Santa Monica, Torrance, Long Beach, Pomona, and Pasadena courthouses.

**SANCTIONS**

20.     The Court has discretion to impose sanctions for any violation of this general order. (C.C.P. §§ 128.7, 187 and Gov. Code, § 68608, subd. (b).)

Dated: July 15, 2013

Daniel J. Buckley
Supervising Judge, Civil
Los Angeles Superior Court

9

7/12/13

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

JUL 1 9 2013

John A. Clarke, Executive Officer/Clerk
By _E. Raguna Allura_, Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES - CENTRAL DISTRICT

| | |
|---|---|
| In re Personal Injury Cases Assigned to the Personal Injury Courts (Departments 91, 92 and 93), | Case No.: _____ <br> AMENDED GENERAL ORDER - FINAL STATUS CONFERENCE, PERSONAL INJURY ("PI") COURTS (Effective as of July 19, 2013) |

The dates for Trial and Final Status Conference ("FSC") having been set in this matter, the Court

**HEREBY AMENDS AND SUPERSEDES ITS March 12, 2013 GENERAL ORDER –**

**FINAL STATUS CONFERENCE AND GENERALLY ORDERS AS FOLLOWS IN THIS**

**AND ALL OTHER GENERAL JURISDICTION PERSONAL INJURY ACTIONS:**

**1. PURPOSE OF THE FSC**

The purpose of the FSC is to verify that the parties/counsel are completely ready to

proceed with trial continuously and efficiently, from day to day, until verdict.  The PI Courts

will verify at the FSC that all parties/counsel have (1) prepared the Exhibit binders and Trial

Document binders and (2) met and conferred in an effort to stipulate to ultimate facts, legal

issues, motions *in limine*, and the authentication and admissibility of exhibits.

/

/

11/25/2013  6:20PM (GMT-06:00)

## 2. TRIAL DOCUMENTS TO BE FILED

At least five calendar days prior to the Final Status Conference, the parties/counsel shall serve and file (in Room 102 of the Stanley Mosk Courthouse) the following Trial Readiness Documents:

### A.    TRIAL BRIEFS (OPTIONAL)

Each party/counsel may file, but is not required to file, a trial brief succinctly identifying:

      (1) the claims and defenses subject to litigation;

      (2) the major legal issues (with supporting points and authorities);

      (3) the relief claimed and calculation of damages sought; and

      (4) any other information that may assist the court at trial.

### B.    MOTIONS *IN LIMINE*

Before filing motions *in limine*, the parties/counsel shall comply with the statutory notice provisions of Code of Civil Procedure ("C.C.P.") Section 1005 and the requirements of Los Angeles County Court Rule ("Local Rule") 3.57(a). The caption of each motion *in limine* shall concisely identify the evidence that the moving party seeks to preclude. Parties filing more than one motion *in limine* shall number them consecutively. Parties filing opposition and reply papers shall identify the corresponding motion number in the caption of their papers.

### C.    JOINT STATEMENT TO BE READ TO THE JURY

For jury trials, the parties/counsel shall work together to prepare and file a joint written statement of the case for the court to read to the jury. Local Rule 3.25(i)(4).

### D.    JOINT WITNESS LIST

The parties/counsel shall work together to prepare and file a joint list of all witnesses that each party intends to call (excluding impeachment and rebuttal witnesses). Local Rule 3.25(i)(5).

The joint witness list shall identify each witness by name, specify which witnesses are experts, and estimate the length of the direct, cross examination re-direct examination (if any) of each witness. The parties/counsel shall identify and all potential witness scheduling issues and special requirements. Any party/counsel who seeks to elicit testimony from a witness not identified on the witness list must first make a showing of good cause.

### E.    LIST OF PROPOSED JURY INSTRUCTIONS (JOINT AND CONTESTED)

The parties/counsel shall jointly prepare and file a list of proposed jury instructions, organized in numerical order, specifying the instructions upon which all sides agree and the contested instructions, if any.

### F.    JURY INSTRUCTIONS (JOINT AND CONTESTED)

The parties/counsel shall prepare a complete set of full-text proposed jury instructions, editing all proposed California Civil Jury Instructions for Judges and Attorneys ("CACI") instructions to insert party names and eliminate blanks and irrelevant material. The parties shall prepare special instructions in a format ready for submission to the jury (placing citations of authority and the identity of the requesting party above the text in compliance with Local Rules 3.170 and 3.171).

### G.    JOINT VERDICT FORM(S)

The parties/counsel shall prepare and jointly file a proposed general verdict form or special verdict form (with interrogatories) acceptable to all sides. If the parties/counsel cannot agree on a joint verdict form, each party must separately file a proposed verdict form. Local Rule 3.25(i)(7) and (8).

/

**H.    JOINT EXHIBIT LIST**

The parties/counsel shall prepare and file a joint exhibit list organized with columns identifying each exhibit and specifying each party's evidentiary objections, if any, to admission of each exhibit.  To comply with Local Rules 3.52(i)(5) and 3.53, the parties shall meet and confer in an effort to resolve objections to the admissibility of each exhibit.

**3.  EVIDENTIARY EXHIBITS**

The parties/counsel shall jointly prepare (and be ready to temporarily lodge for inspection at the FSC), three sets of tabbed, internally paginated and properly-marked exhibits, organized numerically in three-ring binders (a set for the Court, the Judicial Assistant and the witnesses). The parties/counsel shall mark all non-documentary exhibits and insert a simple written description of the exhibit behind the corresponding numerical tab in the exhibit binder.

**4.  TRIAL BINDERS REQUIRED IN THE PI COURTS**

The parties/counsel shall jointly prepare (and be ready to temporarily lodge for inspection at the FSC) the Trial Documents, tabbed and organized into three-ring binders as follows:

Tab A: Trial Briefs

Tab B: Motions *in limine*

Tab C: Joint Statement to Be Read to the Jury

Tab D: Joint Witness List

Tab E: Joint List of Jury Instructions (identifying the agreed upon and contested instructions)

Tab F: Joint and Contested Jury Instructions

Tab G: Joint and/or Contested Verdict Forms

Amended General Order FSC - 4

NOV-25-2013 17:18 FROM:CITIBANK 773        3103752535        TO:CITI        P.25/25

The parties shall organize motions *in limine* (tabbed in numerical order) behind tab B with
the opposition papers and reply papers for each motion placed directly behind the moving
papers. The parties shall organize proposed jury instructions behind tab F, with the agreed upon
instructions first in order followed by the contested instructions (including special instructions)
submitted by each side.

## 5. FAILURE TO COMPLY WITH FSC OBLIGATIONS

The court has discretion to require any party/counsel who fails or refuses to comply with this
General Order to Show Cause why the court should not impose monetary, evidentiary and/or
issue sanctions (including the entry of a default or the striking of an answer).

Dated this 19th day of July, 2013

Daniel J. Buckley
Supervising Judge, Civil
Los Angeles Superior Court

Amended General Order FSC - 5

# PROOF OF SERVICE

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 21800 Oxnard St., Suite 750 Woodland Hills, CA 91367.

On December 24, 2013, I served the document described as:

NOTICE OF REMOVAL BY DEFENDANT CITIBANK, N.A.

on the interested parties in this action by placing a true copy thereof enclosed in sealed envelope addressed as follows:

Catherine Nazarian
1337 Casiano Road
Los Angeles, CA 90049

_X_  BY MAIL
As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

___ BY PERSONAL DELIVERY.

___ BY FACSIMILE DELIVERY. I transmitted said document from facsimile number: 818-999-5570, to facsimile number(s):

___ BY UNITED PARCEL SERVICE.
I am readily familiar with the firm's practice of collection and processing correspondence for United Parcel Service - Overnight shipping. Under that practice it would be deposited with United Parcel Service on that same day with postage thereon fully prepaid at Woodland Hills, California in the ordinary course of business.

___ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_X_ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 24, 2013, at Woodland Hills, California.

_Yvette Montejo_____
Type or Print Name

_____
Signature



1

**PROOF OF SERVICE**

2      STATE OF CALIFORNIA

3      COUNTY OF LOS ANGELES

4           I am employed in the county of Los Angeles, State of California.  I am over the age
       of 18 and not a party to the within action; my business address is 21800 Oxnard St., Suite
5      750 Woodland Hills, CA 91367.

6           On December 24, 2013, I served the document described as:

7      CERTIFICATION AND NOTICE OF INTERESTED PARTIES

8      on the interested parties in this action by placing a true copy thereof enclosed in sealed
       envelope addressed as follows:

9
       Catherine Nazarian
10     1337 Casiano Road
       Los Angeles, CA 90049
11
       X   BY MAIL
12          As follows: I am "readily familiar" with the firm's practice of collection and processing
       correspondence for mailing.  Under that practice it would be deposited with U.S. postal
13     service on the same day with postage thereon fully prepaid at Los Angeles, California in the
       ordinary course of business.  I am aware that on motion of the party served, service is
14     presumed invalid if postal cancellation date or postage meter date is more than one day after
       date of deposit for mailing in affidavit.
15
       ___ BY PERSONAL DELIVERY.
16
       ___ BY FACSIMILE DELIVERY.  I transmitted said document from facsimile number: 818-
17     999-5570, to facsimile number(s):

18     ___ BY UNITED PARCEL SERVICE.
            I am readily familiar with the firm's practice of collection and processing
19     correspondence for United Parcel Service - Overnight shipping.  Under that practice it would
       be deposited with United Parcel Service on that same day with postage thereon fully prepaid
20     at Woodland Hills, California in the ordinary course of business.

21     ___ (State) I declare under penalty of perjury under the laws of the State of California that
       the above is true and correct.
22
        X   (Federal) I declare that I am employed in the office of a member of the bar of this court
23     at whose direction the service was made.

24     Executed on December 24, 2013, at Woodland Hills, California.

25
            Yvette Montejo
26     Type or Print Name                                    Signature

27

28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge _____Philip S. Gutierrez_____ and the assigned Magistrate Judge is _____Stephen J. Hillman_____ .

The case number on all documents filed with the Court should read as follows:

## 2:13-CV-9463-PSG (SHx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

Clerk, U. S. District Court

_____December 24, 2013_____
Date

By ___MDAVIS_____
Deputy Clerk

---

## NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

| ☐ Western Division | ☐ Southern Division | ☐ Eastern Division |
|---|---|---|
| 312 N. Spring Street, G-8 | 411 West Fourth St., Ste 1053 | 3470 Twelfth Street, Room 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701 | Riverside, CA 92501 |

**Failure to file at the proper location will result in your documents being returned to you.**

**CIVIL COVER SHEET**

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☒ )

CATHERINE NAZARIAN

**DEFENDANTS** ( C    box if you are representing yourself ☐ )

CITIBANK, N.A.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
N/A

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Michael D. Schulman, Esq., Bar No. 137249    818-999-5553
Law Offices of Michael D. Schulman           818-999-5570 (fax)
21800 Oxnard Street, Suite 750, Woodland Hills, CA 91367

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff

☒ 3. Federal Question (U.S. Government Not a Party)

☐ 2. U.S. Government Defendant

☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1. Original Proceeding

☒ 2. Removed from State Court

☐ 3. Remanded from Appellate Court

☐ 4. Reinstated or Reopened

☐ 5. Transferred from Another District (Specify)

☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No    ☒ **MONEY DEMANDED IN COMPLAINT:** $ _____ (in excess of $25,000)

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Pursuant to 28 U.S.C. Section 1331 (Federal Question)

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☒ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 220 Foreclosure | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accomodations | ☐ 740 Railway Labor Act | |
| ☒ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: CV13-09463

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ NO  ☐ YES

If yes, list case number(s):

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☒ NO  ☐ YES

If yes, list case number(s):

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)
- ☐ A. Arise from the same or closely related transactions, happenings, or events; or
- ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
- ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | South Dakota |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**NOTE: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
**Note: In land condemnation cases, use the location of the tract of land involved**

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _____  DATE: December 24, 2013

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |