```
CATHERINE NAZARIAN
1337 Casiano Road
Los Angeles, CA 90049
E-mail: cathy.nazarian@yahoo.com
Telephone:  (310) 466-3339
Facsimile:   (310) 773-9230

Plaintiff in pro per
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| CATHERINE NAZARIAN, | ) | CASE NO.: 2:13-cv-09463-PSG |
|---|---|---|
| Plaintiff, | ) | Hon. Paul S. Gutierrez, Judge |
| v. | ) | **PLAINTIFF CATHERINE NAZARIAN'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE [FRCP 41(a)(1)(A)(i)]** |
| CITIBANK, N.A., | ) | |
| Defendant. | ) | |

TO THE HONORABLE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE that Plaintiff CATHERINE NAZARIAN, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses all of her claims in this Action without prejudice as to Defendant CITIBANK, N.A.

Federal Rule of Civil Procedure 41 provides, in relevant part:

(a)  Voluntary Dismissal.

    (1)  *By the Plaintiff.*

    (A)    *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

    (i)    a notice of dismissal before the opposing party serves either *an answer or a motion for summary* judgment

Defendant has neither answered the Complaint, nor filed a Motion for Summary Judgment. Accordingly, Plaintiff CATHERINE NAZARIAN may dismiss her claims in this matter without prejudice and without an Order of the Court.

January 12, 2014

_____
CATHERINE NAZARIAN
Plaintiff In Pro Per

IT IS SO ORDERED

Dated 1/15/14

_____
United States District Judge

2

CATHERINE NAZARIAN'S NOTICE OF VOLUNTARY DISMISSAL

**PROOF OF SERVICE**

STATE OF CALIFORNIA     )
                        ) ss.
COUNTY OF VENTURA       )

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my address is 555 West Fifth Street.31st Floor, Los Angeles, California 90013.

On January 12, 2014 I caused the foregoing document described as **PLAINTIFF CATHERINE NAZARIAN'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE [FRCP 41(a)(1)(A)(i)]** to be served on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with proper postage affixed addressed as follows:

Michael D. Schulman, Esq.
Law Offices of Michael D. Schulman
21800 Oxnard Street, Suite 750
Woodland Hills, CA 91367-7305

__X__   Via First Class U.S. Mail

____   I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Ventura, California in the ordinary course of business. *I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.*

____   Via Personal Delivery.

____   Via Messenger.

____   Via Fax.

I declare that I am employed in the office of a member of the bar of this court at whole direction the service was made.

Executed on January 12, 2014 at Los Angeles, California.

_Robert M. Kerns_
ROBERT M. KERNS

3
CATHERINE NAZARIAN'S NOTICE OF VOLUNTARY DISMISSAL